UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF
FLORIDA JACKSONVILLE DIVISION

MICHELLE LYNCH and PAUL LYNCH,

DEBTORS                             CASE NO.:16-bk-3542-PMG

## PROOF OF SERVICE OF ORDER DENYING DEBTORS MOTION TO VACATE DISMISSAL

**COMES NOW the Debtors', Michelle and Paul Lynch,** and hereby gives notice of the service of the **ORDER DENYING DEBTORS MOTION TO VACATE DISMISSAL** entered in the above-styled case to the following parties via CM/ECF electronic notice to all parties; and the United States Trustee, this 24th day of October, 2017.

LAW OFFICE OF STEPHEN DOTY

_/s/Stephen M. Doty_

**STEPHEN M. DOTY, Esq.**

FL Bar 43731

50 N Laura St, Suite 2500

Jacksonville, Florida 32202

(904) 416-8328/Fax:516-5401

Attorney for Debtor

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   Recovery Management Systems Corp.
113A-3                                   c/o Ascension Capital Group                    Attn: Ramesh Singh
Case 3:16-bk-03542-JAF                   P.O. Box 165028                                25 SE Second Avenue, Ste 1120
Middle District of Florida               Irving, TX 75016-5028                          Miami, FL 33131-1605
Jacksonville
Tue Oct 24 18:33:01 EDT 2017

United States Trustee - JAX 13/7 7       WELLS FARGO BANK, N.A.                         Capital One Auto Finance, a division of Capi
Office of the United States Trustee      eXL Legal, PLLC                                P.O. Box 165028
George C Young Federal Building          12425 28th Street N Suite 200                  Irving, TX 75016-5028
400 West Washington Street, Suite 1100   St Petersburg, FL 33716-1826
Orlando, FL 32801-2210

Capital One Auto Finance, c/o Ascension Capi   City of Jacksonville                     Duval County Tax Collector
P.O. Box 201347                                117 West Duval Street Ste. 480           231 Forsyth St. #130
Arlington, TX 76006-1347                       Jacksonville, FL 32202-5721              Jacksonville FL 32202-3380


Florida Dept. of Revenue                 Internal Revenue Service                       Recovery Management Systems Corporation
Bankruptcy Unit                          PO Box 7346                                    25 S.E. 2nd Avenue, Suite 1120
P.O. Box 6668                            Philadelphia, PA  19101-7346                   Miami, FL 33131-1605
Tallahassee, FL 32314-6668


United States Attorney                   Wells Fargo                                    Wells Fargo Bank, N.A.
300 North Hogan St Suite 700             PO Box 660278                                  Default Document Processing
Jacksonville, FL 32202-4204              Dallas, TX 75266-0278                          MAC#N9286-01Y
                                                                                        1000 Blue Gentian Road
                                                                                        Eagan, MN 55121-7700

Douglas W. Neway                         Michelle Lynch                                 Paul Lynch
P O Box 4308                             3151 Ash Harbor Dr E                           3151 Ash Harbor Dr E
Jacksonville, FL 32201-4308              Jacksonville, FL 32224-5656                    Jacksonville, FL 32224-5656


Stephen M Doty
Law Office of Stephen Doty
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Capital One Auto Finance              (u)Vermont Fed CU                              End of Label Matrix
                                                                                        Mailable recipients   18
                                                                                        Bypassed recipients    2
                                                                                        Total                 20
```